UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.<br><br>    Defendants. | Civil Action No. 24-435 (BAH) |

**DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE,
<u>FOR SUMMARY JUDGMENT</u>**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 56, Defendants, by and through the undersigned counsel, respectfully moves for dismissal or summary judgment of Plaintiff Informed Consent Action Network's Complaint. In support of this motion, Defendants respectfully refer the Court to the accompanying memorandum of law, declaration, and attached exhibits. A proposed order is submitted herewith.

\*   \*   \*

Dated: April 15, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:     /s/*Fithawi Berhane*
    FITHAWI BERHANE
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-6653
    Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*