UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>      Plaintiff,<br><br>      v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>      Defendants. | Civil Action No. 24-0435 (BAH) |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS AS
TO WHICH THERE IS NO GENUINE DISPUTE**

Pursuant to Local Civil Rule 7(h), Defendants, Centers for Disease Control and Prevention and the U.S. Department of Health and Human Services ("CDC"), hereby submit this statement of material facts as to which there is no genuine dispute in support of their Motion to Dismiss or, in the alternative, for Summary Judgment in this Freedom of Information Act ("FOIA") case.

1. CDC received two FOIA requests—seeking versions of the CDC's Vaccine Adverse Event Reporting System standard operating procedures for COVID-19—from Plaintiff on May 25, 2023. *See* Declaration of Roger Andoh ("Andoh Declaration") ¶ 6.

2. Both of the aforesaid FOIA requests were aggregated and provided with a single tracking number as of June 2, 2023. *See id.*

3. CDC issued a final response to Plaintiff's FOIA request on August 1, 2023, at which time CDC released seventy-four pages of responsive records in full or in part and withheld fifty-one pages of responsive records in full. *See id.* ¶ 8.

4. Plaintiff was informed that any appeal would have to be electronically submitted by October 30, 2023. *See id.*

5. Plaintiff did not administratively appeal the final response that it now seeks to litigate in this suit. *See id.* ¶ 9.

Dated: April 15, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     */s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Counsel for the United States of America*