UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INFORMED CONSENT ACTION NETWORK,

    Plaintiff,

    v.

CENTERS FOR DISEASE CONTROL AND
PREVENTION, et al.,

    Defendants.

Civil Action No. 1:24-cv-435

## DECLARATION OF ROGER ANDOH

I, Roger Andoh, declare the following to be true and correct:

1.    I am the Freedom of Information Act Officer for the Centers for Disease Control and Prevention ("CDC") and the Agency for Toxic Substances and Disease Registry ("ASTDR"), U.S. Department of Health and Human Services ("HHS"). I am responsible for supervising the handling of Freedom of Information Act ("FOIA") requests processed by the FOIA Office of CDC. The FOIA Office is responsible for processing FOIA requests seeking records from CDC and ASTDR. The FOIA Office staff determine whether responsive records exist and, if so, whether they can be released in accordance with the FOIA. In processing such requests the FOIA Office consults with appropriate program personnel.

2.    Due to the nature of my official duties, I am familiar with the procedures followed by the CDC FOIA Office in responding to requests for information pursuant to the provisions of FOIA, and specifically, I am familiar with the office's handling of the FOIA request at issue in the above-captioned matter, which is described below.

3. I have been in my current position since June 2016, and I have personal knowledge of the matters and facts discussed in this declaration and any attachments to this declaration. I further make this declaration based upon information available to me in my official capacity.

4. CDC received from Plaintiff two requests dated May 25, 2023. The first request (23-01195-FOIA) asked for:

> All versions of the Vaccine Adverse Event Reporting System (VAERS) Standard Operating Procedures for COVID-19, dated between January 30, 2021, and February 1, 2022.

The second request (23-01194-FOIA) asked for:

> All versions of the Vaccine Adverse Event Reporting System (VAERS) Standard Operating Procedures for COVID-19, dated after February 2, 2022.

5. On June 1, 2023, CDC acknowledged Plaintiff's first May 25, 2023 request and assigned it tracking number 23-01195-FOIA. Exh. 1.

6. On June 2, 2023, CDC acknowledged Plaintiff's second May 25, 2023 request and assigned it tracking number 23-01194-FOIA. In the June 2, 2023 acknowledgement letter, CDC informed Plaintiff that it was aggregating both May 25, 2023 requests (23-01194-FOIA and 23-01195-FOIA) under tracking number 23-01194-FOIA. The June 2, 2023 acknowledgement letter specifically referred to the language in the first May 25, 2023 request (23-01195-FOIA), indicating "We have aggregated your request for information concerning versions of the VAERS Standard Operating Procedures" and included summaries of both May 25, 2023 requests to make it clear that tracking number 23-01194-FOIA encompassed both requests (23-01194-FOIA and 23-01195-FOIA). Exh. 2.

7. As such, CDC performed a search for responsive records to the aggregated requests under 23-01194-FOIA and located 125 pages of responsive records for the aggregated requests.

8. On August 1, 2023, CDC provided its final response to Plaintiff for the aggregated requests. Again, the final response letter reiterated the request language for both May 25, 2023 requests (23-01194-FOIA and 23-01195-FOIA) to make it clear that it was the final response for both requests. CDC released 74 pages in full or part and 51 pages were withheld in full pursuant to Exemption 5. CDC further informed Plaintiff in this letter that, "If you are not satisfied with the response to this request, you may administratively appeal to the Deputy Agency Chief FOIA Officer, Office of the Assistant Secretary for Public Affairs, U.S. Department of Health and Human Services, via the online portal at https://requests.publiclink.hhs.gov/App/Index.aspx." Exh. 3.

9. CDC and HHS have no record of receiving an administrative appeal of CDC's response to request 23-01194-FOIA (the aggregated request).

I declare under penalty of perjury that the foregoing is true and correct. Executed this  10  day of April 2024.

*Roger Andoh*
_____
Roger Andoh

# Exhibit 1



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

June 1, 2023

Aaron Siri
Siri & Glimstad LLP
745 Fifth Ave.
Suite 500
New York, NY 10151
Via email: foia@sirillp.com

Dear Mr. Siri:

The Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) received your Freedom of Information Act (FOIA) request dated May 25, 2023.  Your request assigned number is 23-01195-FOIA, and it has been placed in our complex processing queue.
	All versions of the Vaccine Adverse Event Reporting System (VAERS) Standard Operating Procedures for COVID-19,  dated between January 30, 2021, and February 1, 2022.

**Extension of Time**
In unusual circumstances, an agency can extend the twenty-working-day limit to respond to a FOIA request.

We will require an additional ten-working-days to respond to your request because:

- We reasonably expect to consult with two or more C/I/O/s, or another HHS operating division or another federal agency about your request.

To process your request promptly, please consider narrowing the scope of your request to limit the number of responsive records. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact the analyst handling your request Jonesa Davis at 770-488-6067 or our FOIA Public Liaison, Roger Andoh at 770-488-6277. Additionally, you may contact the Office of Government Services (OGIS) to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services; National Archives and Records Administration; 8601 Adelphi Road-OGIS; College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

**Expedited Processing** (Choose and delete granted or denied paragraph below)

You requested that we expedite processing your request. Your request is granted and your FOIA request would be processed as quickly as possible.

You requested that we expedite processing your request. Your request is denied because:

Page 2 – Aaron Siri

☐ You have failed to show that there is an imminent threat to the life or physical safety of an individual.
☐ Even though you are a person "primarily engaged in disseminating information," you have not demonstrated an "urgency to inform the public about the actual or alleged Federal Government activity" that exists.
☐ You have not demonstrated that you are a person primarily engaged in disseminating information.

**Fees and Fee Waivers** (Choose and delete granted or denied paragraph below)

You requested that we waive fees associated with processing your request. Your request is granted.

You requested that we waive fees associated with processing your request, your request is denied because it doesn't meet the following criteria:
☐ It will not reveal meaningful information about government operations or activities that are not already public knowledge.
☐ The disclosure of the records will not contribute significantly to public understanding of the operations or activities of the government.
☐ You have failed to demonstrate that you disseminate information to the public.
☐ You have failed to provide enough information to warrant a waiver of fees.

**Fee Category** (Choose only applicable fee category)

Because you are considered a "Commercial requester," you will be charged search, review and duplication fees. Duplication fees will be charged only if you choose to receive any responsive records in hard copy. (10 cents/page)

Because you are considered a "News Media requester," you will not be charged fees unless you choose to receive responsive records in hard copy. (10 cents/page)

Because you are considered an "Educational requester," you will not be charged fees unless you choose to receive any responsive records in hard copy (10 cents/page).

Because you are considered a "Non-Commercial Scientific requester," you will not be charged fees unless you choose to receive any responsive records in hard copy (10 cents/page).

Because you are considered an "Other requester" you are entitled to two hours of free search time, and up to 100 pages of duplication (or the cost equivalent of other media) without charge, and you will not be charged for review time. We may charge for search time beyond the first two hours and for duplication beyond the first 100 pages. (10 cents/page).

**Cut-off-date**

If you don't provide us with a date range for your request, the cut-off date for your request will be the date the search for responsive records starts.

**Appeal Rights**

Page 3 – Aaron Siri

You have the right to appeal the agency's (Choose and/or delete) expedited processing and/or fee waiver response to your request.  You may file your appeal with the Deputy Agency Chief FOIA Officer, Office of the Assistant Secretary for Public Affairs, U.S. Department of Health and Human Services, via the online portal at https://requests.publiclink.hhs.gov/App/Index.aspx. Your appeal must be electronically transmitted by (DATE of letter plus 90 Calendar days).

You may check on the status of your case on our FOIA webpage https://foia.cdc.gov/app/Home.aspx  and entering your assigned request number. If you have any questions regarding your request, please contact me at 770-488-6067 or via email at _____.

We reasonably anticipate that you should receive documents by . Please know that this date roughly estimates how long it will take the agency to close requests ahead of your request in the queue and complete work on your request. The actual date of completion might be before or after this estimated date.

                    Sincerely,

                    Roger Andoh
                    CDC/ATSDR FOIA Officer
                    Office of the Chief Operating Officer
                    (770) 488-6399
                    Fax: (404) 235-1852

23-01195-FOIA

# Exhibit 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

June 2, 2023

Aaron Siri
Siri & Glimstad LLP
745 Fifth Ave.
Suite 500
New York, NY 10151
Via email: foia@sirillp.com

Dear Mr. Siri:

The Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) received your Freedom of Information Act (FOIA) request dated May 25, 2023. We have aggregated your request for information concerning versions of the VAERS Standard Operating Procedures. Your request assigned number is **23-01194-FOIA**, and it has been placed in our complex processing queue.

- All versions of the Vaccine Adverse Event Reporting System (VAERS) Standard Operating Procedures for COVID-19, dated between January 30, 2021, and February 1, 2022.
- All versions of the Vaccine Adverse Event Reporting System (VAERS) Standard Operating Procedures for COVID-19, dated after February 2, 2022.

**Extension of Time**

In unusual circumstances, an agency can extend the twenty-working-day limit to respond to a FOIA request.

We will require more than thirty working days to respond to your request because:

- We reasonably expect to consult with two or more C/I/O/s, or another HHS operating division or another federal agency about your request.

To process your request promptly, please consider narrowing the scope of your request to limit the number of responsive records. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact the analyst handling your request Jonesa Davis at 770-488-6067 or our FOIA Public Liaison, Roger Andoh at 770-488-6277. Additionally, you may contact the Office of Government Services (OGIS) to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services; National Archives and Records Administration; 8601 Adelphi Road-OGIS; College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

**Fees and Fee Waivers**
You requested that we waive fees associated with processing your request. Your request is granted.

**Fee Category**
Because you are considered an "Other requester" you are entitled to two hours of free search time, and up to 100 pages of duplication (or the cost equivalent of other media) without charge, and you will not be charged for review time. We may charge for search time beyond the first two hours and for duplication beyond the first 100 pages. (10 cents/page).

**Cut-off-date**
If you don't provide us with a date range for your request, the cut-off date for your request will be the date the search for responsive records starts.

**Appeal Rights**
You have the right to appeal the agency's fee waiver response to your request. You may file your appeal with the Deputy Agency Chief FOIA Officer, Office of the Assistant Secretary for Public Affairs, U.S. Department of Health and Human Services, via the online portal at https://requests.publiclink.hhs.gov/App/Index.aspx. Your appeal must be electronically transmitted by September 1, 2023.

You may check on the status of your case on our FOIA webpage https://foia.cdc.gov/app/Home.aspx and entering your assigned request number. If you have any questions regarding your request, please contact me at 770-488-6067 or via email at JADavis2@cdc.gov.

We reasonably anticipate that you should receive documents by August 23, 2023. Please know that this date roughly estimates how long it will take the Agency to close requests ahead of your request in the queue and complete work on your request. The actual date of completion might be before or after this estimated date.

Sincerely,

Roger Andoh
CDC/ATSDR FOIA Officer
Office of the Chief Operating Officer
(770) 488-6399
Fax: (404) 235-1852

23-01194-FOIA

# Exhibit 3



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**         Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

August 1, 2023

Aaron Siri
Siri & Glimstad LLP
1005 Congress Avenue
Suite 925-C36
Austin, Texas  78701
Via email: foia@sirillp.com

Dear Mr. Siri:

This letter is regarding your Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) Freedom of Information Act (FOIA) request of May 25, 2023, assigned #23-01194-FOIA, for

- All versions of the Vaccine Adverse Event Reporting System (VAERS) Standard Operating Procedures for COVID-19, dated between January 30, 2021, and February 1, 2022.
- All versions of the Vaccine Adverse Event Reporting System (VAERS) Standard Operating Procedures for COVID-19, dated after February 2, 2022.

A search was conducted for responsive records from January 30, 2021- the date of search. We located 125 pages of responsive records (74 pages released in full or part; 51 pages withheld in full). After a careful review of these pages, some information was withheld from release pursuant to 5 U.S.C. §552 Exemption(s) (b)(5).  The foreseeable harm standard was considered when applying these redactions.

**EXEMPTION 5**
Exemption 5 protects inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency. Exemption 5 therefore incorporates the privileges that protect materials from discovery in litigation, including the deliberative process, attorney work-product, and attorney-client privileges. Information withheld under this exemption was protected under the deliberative process privilege. The deliberative process privilege protects the decision-making process of government agencies. The deliberative process privilege protects materials that are both predecisional and deliberative. The materials that have been withheld under the deliberative process privilege of Exemption 5 are both pre-decisional and deliberative, and do not contain or represent formal or informal agency policies or decisions. Examples of information withheld include copies of drafts that were pre-decisional.

You may contact our FOIA Public Liaison at 770-488-6246 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland  20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448;
or facsimile at 202-741-5769.

Page 2 – Aaron Siri

If you are not satisfied with the response to this request, you may administratively appeal to the Deputy Agency Chief FOIA Officer, Office of the Assistant Secretary for Public Affairs, U.S. Department of Health and Human Services, via the online portal at https://requests.publiclink.hhs.gov/App/Index.aspx. Your appeal must be electronically transmitted by October 30, 2023.

                Sincerely,

                Roger Andoh
                CDC/ATSDR FOIA Officer
                Office of the Chief Operating Officer
                (770) 488-6399
                Fax: (404) 235-1852

Enclosures

23-01194-FOIA