UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.<br><br>　　　　Defendants. | Civil Action No. 24-435 (BAH) |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Dismiss or in the alternative, for Summary Judgment, and the entire record herein, it is hereby:

**ORDERED** that Defendant's Motion is **GRANTED**

**SO ORDERED**.

_____          _____
Date                                                                United States District Judge

1